DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAQUEL SCHOT,**
Appellant,

v.

**KEVIN SCHOT,**
Appellee.

No. 4D17-3440

[July 5, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. FMCE15-009016 (41/63).

Jose C. Bofill of Bofill Law Group, Miami, for appellant.

Brent V. Trapana and Kenneth A. Gordon of Brinkley Morgan, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***